**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWARD TIERNEY,

                Plaintiff,                22 **CIVIL** 10984 (PAE)(JW)

    -v-                          **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 31, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to offer the Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:**  New York, New York
          May 31, 2023

                                            **RUBY J. KRAJICK**

                                              _____
                                                **Clerk of Court**

                      **BY:**        K. Mango

                                                _____
                                                **Deputy Clerk**